UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation as Subrogee of FARRELL DESIGN-BUILD COMPANIES, INC., <br>     Plaintiff, <br>     v. <br> VAN'S PAVING & GRADING, INC., a California corporation, and DOES 1 through 20, inclusive <br>     Defendants. | NO. 2:16-cv-02212-SB <br><br> **ORDER DISMISSING CASE** |

    On June 28, 2017, the parties filed a Stipulation RE Dismissal, ECF No. 15. The parties stipulate that the above-captioned case be dismissed with prejudice.

    Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation RE Dismissal, ECF No. 15, is **GRANTED**.
2. All claims by Plaintiff against Defendant and all claims by Counterclaimant against Counter-Defendant in the above-captioned case are **DISMISSED with prejudice**. Each party is to bear their own costs and attorney fees.

**ORDER DISMISSING CASE** ~ 1

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 24th day of July, 2017.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** ~ 2